DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

LEGGETT v. THOMAS & HOWARD CO., INC.

No. 353P84.

Case below: 68 N.C. App. 310.

Petition by defendant for discretionary review under G.S. 7A-31 denied 28 August 1984.

LEITNER v. LEITNER

No. 409P84.

Case below: 69 N.C. App. 177.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 28 August 1984.

LOWDER v. DOBY

No. 335P84.

Case below: 68 N.C. App. 491.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 28 August 1984.

LOWDER v. LOWDER

No. 336P84.

Case below: 68 N.C. App. 505.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 28 August 1984.

LYNCH v. HAZELWOOD

No. 327PA84.

Case below: 68 N.C. App. 357.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 28 August 1984.